ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Wu & Associates, Inc. ) | ASBCA No. 61158 |
| ) | |
| Under Contract No. N40085-10-D-9451 ) | |

APPEARANCE FOR THE APPELLANT:          Sean T. O'Meara, Esq.
                                                                  Archer & Greiner, P.C.
                                                                  Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                                                  Navy Chief Trial Attorney
                                                                  Todd J. Wagnon, Esq.
                                                                  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61158, Appeal of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

        Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals